THE SECOND NATIONAL BANK OF MAUCH CHUNK v. WILLIAM M. DWIGHT ET AL.

[See *ante*, 189.]

*Creditors' bill.*

This case is ruled by the opinion in *First National Bank of Mauch Chunk v. Dwight, ante,* 189.

Appeal from Wayne.    (Reilly, J.)    Argued October 24, 1890.    Decided November 14, 1890.

Judgment creditors' bill.    Defendants Wilson, Luther, and Wilson appeal from decree overruling demurrer.

Reversed, and bill dismissed. The facts are stated in *First National Bank v. Dwight, ante,* 189.

*Wisner, Speed & Harvey (John J. Speed,* of counsel), for complainant.

*William O. Webster,* for appellants.

GRANT, J. The facts in this case are the same as in *First National Bank of Mauch Chunk v. Dwight, ante,* 189, and the proceedings there had were the same.

Decree reversed, with the costs of both courts, and bill dismissed.

CHAMPLIN, C. J., MORSE and CAHILL, JJ., concurred. LONG, J., did not sit.